

*Via ECF electronic delivery* only

**DATED: AUGUST 19, 2024**

**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,  Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |
**COUNSEL.**

*RE:*   *AMERICAN APARTHEID ON THE RISE*

Dear Racist Yvonne:

I know your type. The type who gets to seek a guy early in college while others are busy studying. The type who finds a "beau" as your university profile states (almost no highly ambitious and driven, intelligent woman finds a guy in college). It is pretty clear you were a product of money, as is typical in Latin-American political and legal circles in the United States, circulating upward to get you a judgeship. (I am a 100% certain factually that your spouse and you are involved in insider-trading of securities of McKinsey stocks, bonds and securities).

You must have realized you were a Defendant in my lawsuit that your fellow Latin-American grandpa-judge dismissed – as was predictable. What else could I expect when a Mexican-American judge (who transfers the case to another Mexican-American judge (for no good cause) only to help you, yet another Mexican-American judges) writes "dismissed with prejudice" right in his first order. You must be used to this kind of Latin-American racism and

misgogyn as it is ingrained in you most likely. I have opined months ago (almost in the prior year) how Mexican-American women hate Indian women/Indian-American women.

Even the pompous White women – who have literally destroyed the lives of thousands of African-Americans- and continue to destroy the lives of other black/brown people, I never had any faith in. I also had absolutely no faith in the American legal justice system and law enforcement in helping us Indian women. I wanted to justify my hypothesis (thus, filed two cases) and I was proven right – as usual.

Yvonne, I further know your type – that woman who knows how to woo men early on and fool men in general. Most women probably despise you, because you actually don't support women. Men are mostly enamored with you. (The biggest fraudsters are the ones who say, "I have a daughter" and use that as some kind of linchpin to justify that they're innocent. But sooner or later, they get caught. As you did.) As you have licked White ass for many years, you have continued to demonstrate that whenever you see a White attorney, you treat them oh-so-specially and with such dignity/grace – demonstrates your trashy racism.

I know you, Yvonne, also think African-Americans are beneath you. Yvonne, you don't fool me in having a black-furred dog. That is what you, Yvonne, think of African-Americans generally, and tanner/darker-skinned people beneath you – subservient – to jump at your instructions like your dog.

Finally, your little dismissal of this case. During Apartheid and Slavery, many judges used the most-racist conduct codified in laws to justify their actions. This included all kinds of atrocious behavior that the judges pointed to a law and stated there is a legal basis for it.

What you're doing is that **never-ending American Apartheid**.

It just has not ended – the reason is the influx of your people over the border and the White judges and related political supporters justifying the illegality as dreamers, DACA and DAPA. How can one without papers maintain a safe country with drugs, weapons and violent people crossing the border freely and openly mingling in the United States: Impossible.

I have successfully moved out of the U.S. based on the antics of your people, everyone else in the trash country of the U.S., and the racist, misogynistic, apartheidic judges such as you, Yvonne.

Literally, find very little difference between what I see in the U.S. and elsewhere. Atleast, I don't have to deal with tyrants such as Yvonne full of misogyny – rather there are more pro-women supporting women outside of the United States. Lot of third-world people display behaviors very similar to the judges and staff in the California courts. If there is no difference between the U.S. and elsewhere, then the U.S. courts become even more so ordinary (or maybe they always were – the thousands of innocent people U.S. courts have imprisoned based on deceit and misrepresentations based on

judges such as you, Yvonne). (No, I don't need a mental health check up – if you don't, I definitely do not).

I hope I never have to deal with you again.

Please, be sane, and in the future, if I remain an attorney in the United States, have the decency to, *sua sponte* recuse yourself and rather than shamelessly demonstrating Yvonne's American Apartheid and Latin-American Misogyny.

*Sincerely,*

*Reshma Kamath*

**Reshma Kamath, Counsel**