

*Via ECF electronic delivery* only

**DATED: AUGUST 22, 2024**

**RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,  Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |
**PLAINTIFF**

           **RE:    *CAND'S GEPPETO: MARK BUSBY'S AFRICAN-AMERICAN***

***HATRED.***

Now I see it is you who is denying African-American litigants' IFP

requests for fee waiver. It all makes sense: the White Man's terror when they see non-white tan

or darker skin – and that male jealousy when they see non-White women doing well without the

help of a male, in America, White male. Mark Busby, watch out, your terror tantrums won't go

on for long. I'll make sure of that. Sublimnally, the White males such as Mark Busby, want to

help their fellow White males – even with YGR, they know she was not with a Latin-American

guy but with a White guy. The low-rate standards of California Northern District.

*Sincerely,*

*Reshma Kamath*

**Reshma Kamath, Plaintiff**

1
Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
(650)-257-0719; reshmakamath2021@gmail.com